# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14cv265 |
| | § | (Judge Clark/Judge Mazzant) |
| MIDLAND CREDIT MANAGEMENT, INC. | § | |

## ORDER

Pending before the Court is Plaintiff's *pro se* Motion for Enlargement of Time to Oppose Defendant Midland Credit Management's Motion for Judgment on the Pleadings (Dkt. # 14). The Court finds that the Motion should be **GRANTED**. Plaintiff shall be granted an extension of twenty-eight (28) days in which to file his opposition to Defendant's motion for judgment on the pleadings.

**SIGNED this 11th day of September, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE