**Watson, Kristen**

---

**Subject:** Mack v. Midland

**From:** David Mack [mailto:mack2001@swbell.net]
**Sent:** Wednesday, April 23, 2014 1:05 PM
**To:** Manley, Reid
**Subject:** Re: Mack v. Midland

Mr. Manley,

Thank you for getting back with me and providing the offer of judgment from Midland Credit Management.

I do have a question regarding the language in paragraph 4 of the offer however. The language there does not reflect claims asserted against Defendant *"in this action"* or *"in Case No. 4:14cv00200 in the Eastern District of Texas."*

The offer is acceptable to me if that language is included in paragraph 4 to clarify. I have no other issues with the language stated in the offer and the amount of costs would be limited to the costs incurred by me of filing the suit in Collin County of $41.00 plus the cost of service of process of $70.00 and other very minimal costs such as postage.

If you can make the change of language in paragraph 4 noted above and forward the revised offer to me I am willing to accept it and provide a fully detailed bill of costs so that we may get this matter resolved.

Please advise as to how we proceed on this. I appreciate your correspondence and the offer by your client and look forward to resolving this issue in the federal court in the short term.

Best Regards,

David Mack

----- Original Message -----
**From:** Manley, Reid
**To:** David Mack
**Cc:** Thompson, Stephanie
**Sent:** Tuesday, April 22, 2014 2:42 PM
**Subject:** Mack v. Midland

Mr. Mack, please see the attached letter and offer of judgment. I look forward to hearing from you.

**Reid S. Manley** • *Partner*

---

Suite 3400 • 420 North 20th Street • Birmingham, Alabama 35203

direct 205-458-5439 • fax 205-244-5675 • cell 205-266-7851

rmanley@burr.com • www.burr.com





1

ALABAMA • FLORIDA • GEORGIA • MISSISSIPPI • TENNESSEE

The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

Circular 230 Notice - Regulations adopted by the Internal Revenue Service require us to inform you that any federal tax advice contained in this communication (including attachments) (I) is not intended or written by Burr & Forman LLP to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer, and (II) is not written to support the promotion or marketing of any transaction(s) or matter(s) addressed in this communication.