IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **David E Mack** § | | |
| *Plaintiff,* § | Case No. 4:14-cv-265 | |
| § | | |
| vs § | | |
| § | | |
| **MIDLAND CREDIT** § | | |
| **MANAGEMENT, INC.** § | | |
| *Defendant.* § | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV - 6 2014
BY DAVID J. MALAND, CLERK
DEPUTY_____

## NOTICE OF SERVICE OF DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)

Comes now the Plaintiff who Notices the Court of service of the Disclosures required by Fed. R. Civ. P. 26(a)(1) to counsel of record for the Defendant in this cause of action on November 6, 2014.

Respectfully Submitted,

/s/ David E. Mack

David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: November 6, 2014

_____
David E Mack

Reid S. Manley
BURR & FORMAN LLP
420 North 20th Street Suite 3400
Birmingham, Alabama 35203